30169713

(INND Rev. 8/16)                                                              page 1 FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

17 JAN 20 PM 2:07

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

Lee Ayn Stoneburner ,
[*You are the PLAINTIFF, print your full name on this line.*]

v.

Central Transport ,
[*The DEFENDANT is who you are suing.*]

Case Number 3:17cv64

[*For a new case in this court, leave blank.
The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.*]

# EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 2017 Milburn Blvd, Mishawaka, Indiana 46544

2. My telephone number is: (574) 256 1955

3. The Defendant's address is: 12225 Stephens Rd Warren Michigan 48089

4. This action is brought for employment discrimination pursuant to:

   ⊗ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      [*race, color, gender, religion, national origin*]

   ⊗ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ⊗ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ○ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the
   Indiana Civil Rights Commission on: about November 20, 2015

6. The date on my Notice of Right to Sue letter is: October 31, 2016

7. The date I received my Notice of Right to Sue letter was: November 1, 2016

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 8/16)                                                                                                    page 2

<u>CLAIMS and FACTS</u>

DO: Write a short and plain statement using simple English words and sentences.

      **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

      **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On March 27, 2015 I was injured while on the job. I received surgery on arm in June 2015. Central ended my employment late June 2015. Central previously had a male dock worker get injured and did not end his employment.

2) Due to the injury and recovery after, I was limited in capacity. Male worker was able to maintain his employment and mine was stopped. This took place in Mishawaka and South Bend Indiana starting March 27, 2015 and end of employment was ~~either~~ 8. some time between June 13, 2016 and June 26, 2016.

3) I have had a hard time finding ~~approiat approp~~ gainful employment and a magnitude of additional stress.

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16)                                                                                              page 3

RELIEF – If you win this case, what do you want the court to order the defendant to do?

pay me $350,000
return me to my position with all
benefits restored
make me whole

DOCUMENTS – I have attached a copy of the following documents:

○ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☒ Notice of Right to Sue letter

○ Other: _____

_____

FILING FEE – Are you paying the filing fee?

☒ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_DAS_  I will keep a copy of this complaint for my records.

_DAS_  I will promptly notify the court of any change of address.

_DAS_  I declare **under penalty of perjury** that the statements in this complaint are true.

Dee Ann Stonebruner                              October 20, 2017
Signature                                         Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]